David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, HILDA C. GRIFFIN*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| HILDA C. GRIFFIN, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-01063-RFB-GWF <br><br> **STIPULATION AND ORDER DISMISSING WITH PREJUDICE ACTION AS TO <u>WELLS FARGO FINANCIAL CARDS ONLY</u>** |

Plaintiff HILDA C. GRIFFIN and Defendant WELLS FARGO FINANCIAL CARDS hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO FINANCIAL CARDS**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 9, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*
*HILDA C. GRIFFIN*

By:

/s/ Tanya N. Lewis, Esq.
Tanya N. Lewis, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169


*Attorney for Defendant*
*WELLS FARGO FINANCIAL CARDS*

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of November, 2017.